ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
JOSEPH LANGKAMER PA SBN # 208286
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2212
Email: Joseph.Langkamer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA HELMHOLZ,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 1:26-cv-01932-FJS<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Administrative Law Judge will reevaluate the medical opinions and Plaintiff's statements about her symptoms, and the Commissioner will take further action to develop the administrative record, as necessary, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: July 13, 2026

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

By: */s/ Steven G. Rosales**

STEVEN G. ROSALES
Attorney for Plaintiff
*As authorized by e-mail on July 13, 2026

Dated: July 13, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Program Litigation 1
Social Security Administration | Law & Policy

By: */s/ Joseph Langkamer*

JOSEPH LANGKAMER
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy

Attorneys for Defendant

<u>ORDER</u>

The court GRANTS the parties' stipulation for remand and ORDERS the following:

1. This action will be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g);
2. On remand, the administrative law judge will reevaluate the medical opinions and Plaintiff's statements about her symptoms, and the Commissioner will take further action to develop the administrative record, as necessary, and issue a new decision;
3. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner; and
4. All pending matters and dates in this action are VACATED.

IT IS SO ORDERED.

Dated: **July 16, 2026**

UNITED STATES MAGISTRATE JUDGE