UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA M. HELMHOLZ,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant | Case No.: 1:26-cv-01932-FJS<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND NO COSTS PURSUANT TO 28 U.S.C. §§ 1920; 2412<br><br>(ECF No. 19) |

Based upon the parties' stipulation for the award and payment of Equal Access to Justice Act fees, costs, and expenses (ECF No. 19), the court ORDERS that Plaintiff Gina M. Helmholz be awarded attorney fees and expenses in the amount of $7,800.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. §§ 1920, 2412, be awarded subject to the terms of the stipulation (ECF No. 19).

IT IS SO ORDERED.

Dated: **October 6, 2026**

UNITED STATES MAGISTRATE JUDGE